**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Khalid Mohammad,

    Plaintiff

v.

Las Vegas Metropolitan Police Department,

    Defendant

2:16-cv-01324-JAD-VCF

**Order Adopting Report and Recommendation and Dismissing Complaint with Leave to Amend**

[ECF No. 2]

On June 27, 2016, Magistrate Judge Cam Ferenbach granted Khalid Mohammad's application to proceed *in forma pauperis*, screened his civil-rights complaint, and recommended that his complaint be dismissed without prejudice and with leave to amend. Objections to the magistrate judge's report and recommendation were due by July 14, 2016. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1] Mohammad has not filed an objection or requested an extension to do so. Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that **the report and recommendation [ECF No. 2] is ADOPTED.** Mohammad's complaint is DISMISSED without prejudice and with leave to file an amended complaint curing the deficiencies outlined in the magistrate judge's report [ECF No. 2] by **August 19, 2016. If Mohammad does not file an amended complaint by this deadline, this case will be dismissed with prejudice and without further notice.**

The Clerk of Court is instructed to SEND to Mohammad a copy of his complaint [ECF No. 1-1], a copy of the report and recommendation [ECF No. 2], a copy of this order, and a copy of this court's form for 42 U.S.C. §1983 complaints and instructions for the same.

Dated this 19th day of July, 2016.

                                                            _____
                                                            Jennifer A. Dorsey
                                                            United States District Judge

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).