# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Khalid Mohammad,<br><br>　　Plaintiff<br>v.<br><br>Las Vegas Metropolitan Police Department,<br><br>　　Defendant | Case No. 2:16-cv-01324-JAD-VCF<br><br>**Order Dismissing Action** |

In July 2016, the court dismissed plaintiff Khalid Mohammad's complaint without prejudice and with leave to file an amended complaint.[1] The court stated in bold that "[i]f Mohammad does not file an amended complaint by" August 19, 2016, "this case will be dismissed with prejudice and without further notice."[2] Mohammad filed nothing. Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. The Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.

　　Dated: May 3, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 3.

[2] *Id*.